NOVEMBER TERM, 1921.    693

Globe, etc., Ins. Co. v. Delphi Strawboard Co.—76 Ind. App. 693.

## CONSUMERS DISTRIBUTING COMPANY v. JEFFS ET AL.

[No. 10,805.   Filed June 3, 1921.]

From Washington Circuit Court; *William H. Paynter,* Judge.

Action between the Consumers Distributing Company and Dennis L. Jeffs and others.   From the judgment rendered, the former appeals.   *Affirmed.*

*White & Jones,* for appellant.
*Elliott & Jones,* for appellees.

DAUSMAN, J.—Judgment affirmed on the authority of *Consumers Distributing Co.* v. *Jeffs* (1921), 75 Ind. App. 426, 130 N. E. 822.

---

## VANDALIA COAL COMPANY v. BYRNE ET AL.

[No. 10,938.   Filed March 31, 1921.   Rehearing denied June 3, 1921.]

From the Industrial Board of Indiana.

Proceedings for compensation under the Workmen's Compensation Act by Anna Byrne and others against the Vandalia Coal Company.   From an award for applicants, the defendant appeals. *Affirmed.*

*Henry W. Moore,* for appellant.
*Beasley, Douthitt, Crawford & Beasley* and *Walker & Cox,* for appellees.

PER CURIAM.—The award is affirmed.

---

## GLOBE AND RUTGERS INSURANCE COMPANY v. DELPHI STRAWBOARD COMPANY.

[No. 10,531.   Filed December 21, 1920.   Rehearing denied March 10, 1921.   Petition to transfer withdrawn June 7, 1921.]

From Wells Circuit Court; *Frank W. Gordon,* Judge.

Action between the Globe and Rutgers Insurance Company and the Delphi Strawboard Company.   From the judgment rendered, the former appeals.   *Affirmed.*

*Burke G. Slaymaker,* for appellant.
*Clark J. Lutz, Charles E. Sturgis* and *Robert W. Stine,* for appellee.

Hillabold v. Bales—76 Ind. App. 694.

ENLOE, J.—The controlling facts in this case were all considered in the case of the *Queen Ins. Co.* v. *Delphi Strawboard Co.* (1920), *ante* 47, 128 N. E. 697, and on the authority of that case the judgment of the lower court herein is affirmed.

---

ZARING v. WESTON, ADMINISTRATOR, ET AL.

[No. 11,066.    Filed March 16, 1921.    Rehearing denied June 8, 1921.]

From Washington Circuit Court; *William H. Paynter*, Judge.

Action between Phillip A. Zaring and William Weston, Administrator of the estate of Josephine Denny, deceased, and others. From the judgment rendered, the former appeals. *Affirmed.*

*Montgomery & Montgomery*, for appellant.
*Hottel & Mead* and *R. C. Brown*, for appellees.

PER CURIAM.—Affirmed.

---

CALUMET ELECTRIC COMPANY ET AL. v. INTERNATIONAL TRUST AND SAVINGS BANK, TRUSTEE.

[No. 10,871.    Filed June 8, 1921.]

From Lake Superior Court; *Charles E. Greenwald*, Judge.

Action between the Calumet Electric Company and another and the International Trust and Savings Bank, trustee. From the judgment rendered, the former appeal. *Affirmed.*

*Charles W. Chase* and *H. W. Worden*, for appellants.
*Wildermuth & Force*, for appellee.

PER CURIAM.—Judgment affirmed.

---

HILLABOLD ET AL. v. BALES.

[No. 10,941.    Filed June 10, 1921.]

From Starke Circuit Court; *William C. Pentecost*, Judge.

Action between Clarence H. Bales and Matt Hillabold and others. From a judgment for the former, the latter appeal. *Affirmed.*